UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES J. GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL G. ADAMS, et al.,<br><br>    Defendants. | 1:06-cv-00360-OWW-NEW (DLB) PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #10) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2007, plaintiff filed a motion to extend time to file an amended complaint in compliance with the court's order of February 21, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:  **March 22, 2007**           /s/ **Dennis L. Beck**
i0d3h8                                UNITED STATES MAGISTRATE JUDGE