UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES J. GARCIA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEARRL G. ADAMS, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-00360-OWW-GSA PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>**ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

    Plaintiff Jules J. Garcia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 30, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.

1  On October 4, 2007, plaintiff filed an objection to the
2  Magistrate Judge's Findings and Recommendations.
3      In accordance with the provisions of 28 U.S.C. §
4  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
5  novo</u> review of this case.  Having carefully reviewed the entire
6  file, the Court finds the Findings and Recommendations to be
7  supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The Findings and Recommendations, filed August 30,
10 2007, is ADOPTED IN FULL;
11     2.  This action is DISMISSED, with prejudice, for failure
12 to state a claim upon which relief may be granted; and
13     3.  This dismissal shall count as a strike pursuant to 28
14 U.S.C. § 1915(g).

16 IT IS SO ORDERED.
17 **Dated:   October 27, 2007**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE